UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 06 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELEANOR RIGGIO; et al., | No. 11-15696 |
| Plaintiffs - Appellants, | D.C. No. 2:10-cv-01265-MHM |
| v. | U.S. District Court for Arizona, Phoenix |
| SERVICE CORPORATION INTERNATIONAL; et al., | **MANDATE** |
| Defendants - Appellees. | |

The judgment of this Court, entered August 14, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the APPELLEE in the amount of $143.20

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Lee-Ann Collins
Deputy Clerk