# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Eleanor Riggio, et al., | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiffs | ) | CV-10-1265-PHX-JWS |
| | ) | |
| v. | ) | |
| | ) | |
| Service Corporation International, et al., | ) | |
| | ) | |
| Defendants | ) | |

___    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 5, 2013, judgment is entered in favor of defendants and against plaintiffs. Plaintiffs to take nothing, and complaint and action are dismissed.

                                                           BRIAN D. KARTH
                                                           District Court Executive/Clerk

April 5, 2013

                                                            s/Tammy Johnson
                                                           By: Deputy Clerk

cc: (all counsel)